IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY WADE LEWIS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00537 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WARDEN, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

By order entered August 1, 2017, the court directed Lewis to show cause why his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 should not be dismissed as moot. The court advised Lewis that failure to respond would result in dismissal of the action. Inasmuch as the time to respond has passed and Lewis has failed to comply with the court's order, I will dismiss this action without prejudice.[1]

ENTER: This __14th__ day of August, 2017.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

---

[1] I note that it also appears that Lewis's petition is moot. As relief to his habeas petition, Lewis seeks placement in a halfway house. It appears that Lewis has now been released from incarceration (*see* Docket No. 9, attach. 2) and, thus, the relief he seeks is no longer available. Further, Lewis's claims are unexhausted.