# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| GREGORY WADE LEWIS, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 7:16cv00537 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Lewis's 28 U.S.C. § 2241 petition is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 14th day of August, 2017.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE